IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 6 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01647-BNB

NAM NGUYEN,

      Plaintiff,

v.

DR. JOSEPH FORTUNATO (Individually),
NURSE GITUMEN (Individually),
ROD McCLARAN (Individually),
LIEUTENANT SMITH (Individually), and
UNKNOWN PRODUCT MANUFACTURER AND/OR SELLER,

      Defendants.

## ORDER DISMISSING CASE

Plaintiff Nam Nguyen is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Nguyen initiated this action by filing *pro se* a Prisoner Complaint alleging that his constitutional rights have been violated and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on August 18, 2006, the Court denied the *in forma pauperis* motion and directed Mr. Nguyen to pay the filing fee if he wishes to pursue his claims in this action. On September 28, 2006, Mr. Nguyen submitted a letter to the Court stating that he intends to file a revised complaint against Defendants in the near future and that he does not want to pay two filing fees. Therefore, Mr. Nguyen asks the Court either to dismiss the instant action without prejudice or to hold this action in abeyance for ninety days until he files a revised complaint.

The Court must construe the September 28 letter liberally because Mr. Nguyen is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will not hold this action in abeyance for ninety days pending the filing of a revised complaint. Therefore, the Court will construe the letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. See *Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter to the Court filed on September 28, 2006, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of September 28, 2006, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this __6__ day of __Oct.__, 2006.

BY THE COURT:

*/s/ Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01647-BNB

Nam Nguyen
Reg. No. 92072
CTCF
P.O. Box 1010
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10-6-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk